IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL I. BORISON, M.D., FACS, | ) CASE NO. 1:16-cv-1130 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE CLEVELAND CLINIC FOUNDATION, | ) |
| HILLCREST HOSPITAL, JEFFREY | ) |
| LAUTMAN, M.D., THOMAS GAROFALO, | ) |
| M.D., | ) |
| | ) |
| Defendants. | |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, Defendant Hillcrest Hospital, through undersigned counsel and with reservation of all rights, hereby removes the above-captioned case from the Court of Common Pleas of Cuyahoga County, Ohio, to the United States District Court for the Northern District of Ohio, Eastern Division.[1] Hillcrest Hospital sets forth below a short and plain statement of the grounds for removal:[2]

**I.      THIS COURT HAS ORIGINAL AND SUPPLEMENTAL JURISDICTION OVER THE CLAIMS ASSERTED**

1.      On March 17, 2016, Plaintiff Daniel I. Borison filed a civil action in the Court of Common Pleas of Cuyahoga County, Ohio, bearing Civil Action Number CV-16-860550, entitled *Daniel I. Borison, M.D., FACS v. The Cleveland Clinic Foundation, et al.*, demanding

---

[1] Upon information and belief, Defendant Thomas Garofalo, M.D was served in this matter on March 23, 2016 and Defendant Jeffrey Lautman, M.D., was served in this matter on April 19, 2016.  Pursuant to 28 U.S.C. § 1446(b)(2)(C), Defendants Garofalo and Lautman consent to removal in this matter. Plaintiff has not yet obtained service on Defendant the Cleveland Clinic Foundation.

[2] By removing this action to this Court, Hillcrest Hospital does not waive any defenses, objections, or motions available under state or federal law.

judgment against all Defendants. Plaintiff requests relief against Defendants under the United States Constitution for a violation of his right to procedural due process, and under Ohio law for breach of contract and tortious interference with business relations arising out of the alleged procedural due process violation.

2.     Title 28 U.S.C. § 1331 provides this Court with original jurisdiction over Plaintiff's federal constitutional claim. Supplemental jurisdiction over the remaining state law claims is authorized under 28 U.S.C. § 1367. Because this Court has original jurisdiction over the constitutional claim raised in the Complaint, removal of the entire action is appropriate under 28 U.S.C. § 1441(a) and (c).

## II.     HILLCREST HOSPITAL HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

3.     Upon information and belief, the Complaint was served on Defendant Hillcrest Hospital on or about April 12, 2016. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

4.     The Court of Common Pleas for Cuyahoga County, Ohio, is located within the United States District Court for the Northern District of Ohio, Eastern Division. 28 U.S.C. § 115(a)(1). Venue is thus proper in this Court because this is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5.     Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Hillcrest Hospital, which include the summonses and complaint, is attached as **Exhibit A**. No further proceedings have been filed in the action in the Court of Common Pleas for Cuyahoga County. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served promptly upon counsel for Plaintiff and a copy is being filed with the Clerk of the Court of Common Pleas for Cuyahoga County, Ohio.

WHEREFORE, Defendant Hillcrest Hospital gives notice that the matter bearing civil action number Civil Action Number CV-16-860550 in the Court of Common Pleas of Cuyahoga County, Ohio, is removed to this Court pursuant to 28 U.S.C. § 1441, and requests that this Court retain jurisdiction for all further proceedings in this matter.

THIS, the Twelfth of May, 2016.

Respectfully submitted,

/s/ Julie A. Callsen
Julie A. Callsen (0062287)
Edward E. Taber (0066707)
TUCKER ELLIS LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113-7213
Telephone:    216.592.5000
Facsimile:    216.592.5009
E-mail: julie.callsen@tuckerellis.com
          edward.taber@tuckerellis.com

*Attorneys for Defendant Hillcrest Hospital*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 12, 2016, a copy of the foregoing Notice of Removal was

sent by regular United States mail, postage prepaid, to:

Jay Milano, Esq.
Rachel Weiser, Esq.
Milano Attorneys at Law
2639 Wooster Road
Rocky River, OH 44116-2911

*Attorneys for Plaintiff*

Respectfully submitted,

/s/ Julie A. Callsen
Julie A. Callsen (0062287)
Edward E. Taber (0066707)
TUCKER ELLIS LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113-7213
Telephone:    216.592.5000
Facsimile:    216.592.5009
E-mail: julie.callsen@tuckerellis.com
         edward.taber@tuckerellis.com

*Attorneys for Defendant Hillcrest Hospital*

4

2693978.1