**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Daniel I. Borison,** | ) | **CASE NO. 1:16 CV 1130** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **The Cleveland Clinic Foundation,** | ) | **Memorandum of Opinion and Order** |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Defendants removed the above-captioned matter to this Court on the basis of federal question jurisdiction. At the time of removal, the complaint contained a claim for violation of "due process." Because jurisdiction existed at the time of removal, the Court denied plaintiff's motion to remand. Plaintiff has since amended his complaint. Upon review, the Court notes that the complaint does not raise any federal question. Plaintiff clarified in the amended complaint that his due process claim is asserted under O.R.C. §3701.351. The remaining claims are all asserted under Ohio common law.

1

Because there are no federal questions or claims remaining in this case,[1] the Court declines to exercise supplemental jurisdiction over plaintiff's state law claims.  Accordingly, the matter is *sua sponte* remanded to state court.

IT IS SO ORDERED.


/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 6/6/16

---

[1] Diversity jurisdiction also does not exist over this case.